THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Samuel Haley, Appellant.
 
 
 

Appeal from Horry County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2007-UP-175
Submitted April 2, 2007  Filed April 17, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Samuel Haley pled guilty to distribution of an imitation controlled substance.  The plea judge sentenced him to one year suspended on time served.  On appeal, Haley alleges the plea judge erred in accepting his guilty plea without fully advising him of his constitutional rights.  Haley did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.